**FILED**

FEB 0 1 2021

TIMOTHY M. O'BRIEN CLERK
By: _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FEDERICO ARENAS )
3841 N 123rd ter )
Kansas City Ks 66109 )
(Enter above the full name of Plaintiff(s)) )
)
vs. )
)
SPX Cooling Technologies, INC ) Case Number: 21-2055-JAR/JPO
Name ) (To be assigned by Clerk)
)
1200 W Marley Rd )
Street and number )
)
Olathe Ks 66061 )
City    State    Zip Code )

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

   ☐ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
   **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

   ☒ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
   **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

   ☐ American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
   **NOTE**: *In order to bring suit in federal district court under the American with*

1

*Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

☐ Other (Describe)

_____

_____

_____

2. If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:

_____

(Street Address) (City/County) (State) (Zip Code)

3. When did the discrimination occur? Please give the date or time period:

_____

## ADMINISTRATIVE PROCEDURES

4. Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?

☐ Yes    Date filed: _____
☐ No

5. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☒ Yes    Date filed: _____
☐ No

6. Have you received a Notice of Right-to-Sue Letter?
☒ Yes  ☐ No
If yes, please attach a copy of the letter to this complaint.

7. If you are claiming *age discrimination*, check one of the following:

☐ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
☒ fewer than 60 days have passed since I filed my charge of age discrimination with

2

the Equal Employment Opportunity Commission

## NATURE OF THE CASE

8. The conduct complained of in this lawsuit involves (check only those that apply):
   - [ ] failure to hire me
   - [x] termination of my employment
   - [ ] failure to promote me
   - [ ] failure to accommodate my disability
   - [ ] terms and conditions of my employment differ from those of similar employees
   - [ ] retaliation
   - [ ] harassment
   - [ ] reduction in wages
   - [ ] other conduct (specify):

   _____
   _____
   _____

   Did you complain about this same conduct in your charge of discrimination?

   [x] Yes    [ ] No

9. I believe that I was discriminated against because of (check all that apply):
   - [ ] my race or color, which is _____
   - [ ] my religion, which is _____
   - [ ] my national origin, which is _____
   - [ ] my gender, which is [x] male; [ ] female
   - [ ] my disability or perceived disability, which is _____
   - [ ] my age (my birth year is: 1967 )
   - [ ] other: _____

   Did you state the same reason(s) in your charge of discrimination?
   [x] Yes    [ ] No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

# Continuation of Claim.

I was never told which policies i allegedly violated..

I deny violating any company policies. In or About April, 2020 I was contacted by the Olathe police Department and questioned about false sexual allegations from a Cleaning employee who worked on the premises of SPX Cooling Technologies INC. I have never been charged with any crime.

On or about March 18, 2020 I was SUSPENDED for allegedly violating company policies. I did not violate any company policies. On or about March 19, 2020, some employes called me to say that there was a meeting saying I had been discharged. On or about March 21, 2020 I received a letter stating, I was discharged for violating company Policies.     (Please see document attach).

(Attach additional sheets as necessary).

11. The acts set forth in paragraph 10 of this complaint:
    ☐ are still being committed by Defendant.
    ☐ are no longer being committed by Defendant.
    ☐ may still be being committed by Defendant.

12.                               Plaintiff:
    ☐ still works for Defendant
    ☒ no longer works for Defendant or was not hired

13. If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
    ☐ Yes     ☒ No

Explain: _____

**REQUEST FOR RELIEF**

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
    ☐ Defendant be directed to employ Plaintiff
    ☐ Defendant be directed to re-employ Plaintiff
    ☐ Defendant be directed to promote Plaintiff
    ☐ Defendant be directed to _____

4

Attachment of Monetary Damages.

I work for that company since February of 1994, (I work for that company for 26 yrs 1 mont)
I was on the right track for my retirement. then all of a sudden. I get fired. withow any explanation.
I was a loyal employee to the company on my last 10 yrs of service, I worked so much overtime, many Satordays and Sondays most of the time for the last 10 yrs. didnt Use/take all my Vacations. I aluays loose 2 week or more, I was there ever single working day. I was doing the job of 2 supervisor. the complaints against me are false.
I beleived the company discharged me to protect company reputation without making further investigation.

(1)

(2)

the human resources personel (Tina Foller) Didn't follow any coment about my allegedly violation of Policies. (she never say nothing) I have find out by some of the employees at SPX COOLING TECH. that I was fired because I make some sexual advance to the Cleaning employee.

how the hourly employees find oot this information that was suppost to be contidential.

whe I was suspended, there was three Person in the office. My boss, the Plant manager and the Human Resources Manager. it is embarrasing for me when I come across some of the employees/Co-workers from SPX. Just because company didn't know how to keep confedentiality.

-3-

I'm 53 yrs old. I could it retired in 9 more yrs.

What they did by saying that I was fired for sexual missconduct was very bad for me.

I'm asking for Monetary damages: was fired after 26yrs 1 month of employment without any valid violations of SPX cooling technologies policies.

I never been in any type of trouble with the Police, so this is causing distress, worries, anxiety, my reputation..

Seeking for undisclosed amount of money.

☐ Injunctive relief (please explain): _____
☒ Monetary damages (please explain): Please see the Attachment
☐ Costs and fees involved in litigating this case
☐ As additional relief to make Plaintiff whole, Plaintiff

seeks: _____

_____

and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this 02 day of February, 20 21.

_____
Signature of Plaintiff

FEDERICO ARENAS
Name (Print or Type)

3841 N 123rd ter
Address

Kansas City
City State Zip Code

Kansas City Ks 66109
Telephone Number

**DESIGNATION OF PLACE OF TRIAL**

Plaintiff designates { ☐ Wichita, ☒ Kansas City, ☐ Topeka}, Kansas as the location for the trial in this matter.
(Select One Location)

_____
Signature of Plaintiff

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury.   ☒ Yes   ☐ No
(Select One)

_____
Signature of Plaintiff

Dated: _____
(Rev. 10/15)

5