# United States District Court

------------------------- DISTRICT OF KANSAS----------------------

FEDERICO ARENAS,

        Plaintiff,

v.                                                   Case No: 21-2055-JAR-JPO

SPX COOLING TECHNOLOGIES, INC.,

        Defendants,

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That pursuant to the Court's Memorandum and Order filed on April 15, 2021 (Doc. 11), that Defendant's Motion for Judgment on the Pleadings (Doc. 5) is **granted**.  This case is hereby dismissed.

4/15/2021                                                  TIMOTHY M. O'BRIEN
    Date                                                      CLERK OF THE DISTRICT COURT

                                                              by:  s/Bonnie Wiest
                                                                      Deputy Clerk